FRANK H. TYLER and Others, Respondents, v. THOMAS FAIRSERVIS and Others.

Defendants. DAVID J. REINHARDT, JR., Receiver for the UNION NATIONAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.